IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-30-BR

NATIONAL ERECTORS REBAR, INC.,
    Appellant,

v.

NEW BERN RIVERFRONT
DEVELOPMENT, LLC,
    Appellee.

ORDER

    This matter is before the court on appellant's unopposed motion to stay. (DE # 21.) For good cause shown, the motion is ALLOWED. This matter is hereby STAYED pending the bankruptcy court's decision on the amended motion to reconsider and amend its order denying summary judgment, (Bank. E.D.N.C. 10-00023-8-SWH, DE # 1181). Within 14 days of the bankruptcy court's decision, appellant shall file an amended statement of issues and designation of the record on appeal to include any necessary arguments and/or documents associated with the bankruptcy's court decision, and other deadlines shall proceed thereafter pursuant to the applicable federal rules.

    This 29 July 2015.

                      W. Earl Britt
                      Senior U.S. District Judge