UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

National Erectors Rebar, Inc., )
)
    Appellant, )
)
v. ) **JUDGMENT**
)
New Bern Riverfront Development, LLC, ) No. 5:15-CV-30-BR
)
    Appellee. )
)

**Decision by Court.**

This action came before Senior US District Judge W. Earl Britt for consideration regarding the appeal from the US Bankruptcy Court, Eastern District of North Carolina.

**IT IS ORDERED, ADJUDGED AND DECREED** that the bankruptcy court's 23 September 2014 order is REVERSED IN PART and REMANDED with direction to the bankruptcy court to reconsider its ruling in light of the decision in Weaver Cooke Construction, LLC v. East Carolina Masonry, Inc., No. 5:14-CV-710-BR.

**This judgment filed and entered on March 28, 2017, and served on:**

Christopher J. Derrenbacher (via CM/ECF Notice of Electronic Filing)
Eric G. Sauls (via CM/ECF Notice of Electronic Filing)
Daniel K. Bryson (via CM/ECF Notice of Electronic Filing)
Jeremy Richard Williams (via CM/ECF Notice of Electronic Filing)
Matthew E. Lee (via CM/ECF Notice of Electronic Filing)

March 28, 2017

PETER A. MOORE, JR, CLERK OF COURT

By: Deputy Clerk